CC TO JUDGE ___PM___

The Honorable Barbara Jacobs Rothstein

FILED
LODGED
ENTERED
RECEIVED

DEC 20 2001

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL FURMAN,

    Plaintiff,

v.

UNITED STATES and its
DEPARTMENT OF DEFENSE,
ARMY CORPS OF ENGINEERS;
and ABHE & SVOBODA, INC.,
a foreign corporation,
JOHN DOE 1 through 10, inclusive,

    Defendants.

NO. C00-1305R

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that the above-referenced case has settled, and that this case be DISMISSED with prejudice and without costs, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure.

Date: Dec. 18, 2001

For Plaintiff:

By: _____
ROBERT B. KORNFELD, WSBA #10699
Attorney for Plaintiff

Date: Dec. 15, 2001

For Defendants:

JOHN McKAY
United States Attorney

By: _____
ROBERT M. TAYLOR, WSBA #5372
Assistant United States Attorney

STIPULATION AND PRO
ORDER OF DISMISSAL-1

CV 00 01305 000000024

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

24

## ORDER

IT IS SO ORDERED that this case be DISMISSED with prejudice and without costs, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure..

DATED this 19th day of December, 2001.

THE HONORABLE BARBARA JACOBS ROTHSTEIN
United States District Court Judge

STIPULATION AND PROPOSED
ORDER OF DISMISSAL-2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970