HON. BARBARA JACOBS ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL FURMAN,

    Plaintiff,

vs.

UNITED STATES, and its DEPARTMENT OF DEFENSE, ARMY CORPS OF ENGINEERS; and ABHE & SVOBODA, INC., a foreign corporation, JOHN DOE 1 through 10, inclusive,

    Defendants.

NO. C00-1305R

JOINT STIPULATION FOR AND ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT ABHE & SVOBODA, INC. WITH PREJUDICE

## STIPULATION

The above-named parties, by and through their undersigned counsel of record, hereby stipulate and agree that all claims against defendant Abhe & Svoboda, Inc. in the above-captioned matter have been settled, and that it is therefore appropriate for the Court to enter an Order dismissing all claims by all parties in this matter asserted against defendant Abhe & Svoboda, Inc. with prejudice, and without an award of costs or attorney fees to any party.

Dated this ____ day of December, 2001.

ROBERT B. KORNFELD, INC., P.S.

By:_____
Robert B. Kornfeld, WSBA # 10669
Attorney for plaintiff Michael Furman

O'BRIEN HUTSON & BOE

By:_____
J.J. Hutson, WSBA #16328
Attorneys for defendant
Abhe & Svoboda, Inc.

O'Brien Hutson & Boe
15500 SE 30th Place, Suite 201
Bellevue, WA 98007
Telephone: (425) 641-3835 · Fax: (425) 747-2186

OFFICE OF THE UNITED STATES ATTORNEY

By: /s/ _____
Robert M. Taylor, WSBA # 5372
Assistant United States Attorney
Attorneys for defendants United States and
Department of Defense and Army Corps of Engineers

## ORDER

This matter, having come on for consideration by the undersigned judge of the above-entitled Court on the parties' joint stipulation that all claims asserted by the parties against defendant Abhe & Svoboda, Inc. have been fully and finally settled, and should be dismissed with prejudice, it is now

ORDERED that all claims by all parties asserted in the above-captioned matter against defendant Abhe & Svoboda, Inc. be and hereby are dismissed with prejudice and without an award of costs or attorney fees to any party.

Dated this 27th day of December, 2001.

/s/ Barbara J. Rothstein
Hon. Barbara Jacobs Rothstein
United States District Court Judge

**Presented for entry by:**

O'BRIEN HUTSON & BOE

By: /s/ _____
J.J. Hutson, WSBA # 16328
Attorneys for defendant Abhe & Svoboda, Inc.

JOINT STIPULATION FOR AND ORDER
DISMISSING ALL CLAIMS AGAINST
DEFENDANT ABHE & SVOBODA, INC. - 2

O'Brien Hutson & Boe
15500 SE 30th Place, Suite 201
Bellevue, WA 98007
Telephone: (425) 641-3835  Fax: (425) 747-2186

**Approved as to form,
notice of presentation waived:**

ROBERT B. KORNFELD, INC., P.S.


By:_____
    Robert B. Kornfeld, WSBA # 10669
Attorney for plaintiff Michael Furman

OFFICE OF THE UNITED STATES ATTORNEY


By:_____
    Robert M. Taylor, WSBA # 5372
Assistant United States Attorney
Attorneys for defendants United States and
Department of Defense and Army Corps of Engineers

---

JOINT STIPULATION FOR AND ORDER
DISMISSING ALL CLAIMS AGAINST
DEFENDANT ABHE & SVOBODA, INC. - 3

O'Brien Hutson & Boe
15500 SE 30th Place, Suite 201
Bellevue, WA 98007
Telephone: (425) 641-3835 · Fax: (425) 747-2186